# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-2370
Lower Tribunal No. 2024-CA-002220

_____

DARREN J. NESTA and MELISSA M. NESTA,

Appellants,

v.

CHILCO, INC.,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Reinaldo Ojeda, Judge.

November 25, 2025

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and GANNAM, JJ., concur.


James A. Staack and Dennis Németh, of Staack & Simms, PLLC, Clearwater, for Appellants.

Joshua K. Brown, Stephen R. Senn and Michael T. Konen, of Peterson & Myers, P.A., Lakeland, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED